

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

## No. 02-15-00405-CV

_____

CROSS TIMBERS WATER SUPPLY CORPORATION, F/K/A BARTONVILLE WATER SUPPLY CORPORATION, Appellant

V.

RICHARD K. ARMEY; SUSAN D. ARMEY; RICHARD VERA; KRYSTAL VERA; TIMOTHY LANDRUM AND SHAWN LANDRUM, INDIVIDUALLY AND AS TRUSTEES AND BENEFICIARIES OF THE LANDRUM FAMILY TRUST; JAMES BALL AND SHIRLEY BALL; AND THE TOWN OF BARTONVILLE, Appellees

----

On Appeal from the 442nd District Court
Denton County, Texas
Trial Court No. 2012-30982-211

----

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Joint Motion to Dismiss Appeal."

Because the parties have settled all matters in the appeal, it is the court's opinion that the motion should be granted. We therefore reverse the trial court's judgment without reference to the merits and remand to the trial court for entry of judgment consistent with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(1).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  April 2, 2020